IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. FRUITS, AT2526, | |
| Plaintiff(s), | No. C 16-2772 CRB (PR) |
| vs. | ORDER OF TRANSFER |
| SHASTA COUNTY SHERIFF, et al., | |
| Defendant(s). | |

Plaintiff, a prisoner at the California Correctional Institution in Tehachapi, has filed a pro se complaint under 42 U.S.C. § 1983 alleging various wrongdoing while in the custody of the Shasta County Sheriff.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Shasta, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: May 31, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Fruits, J.16-2772.transfer.wpd