UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. FRUITS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1204 MCE KJN P<br><br><br>ORDER TO SHOW CAUSE |

This matter is presently scheduled for settlement conference on June 21, 2018, before the Honorable Gregory G. Hollows, U.S. Magistrate Judge. However, two recent minute orders were served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. Plaintiff's last address of record reflected he was housed at the California Correctional Institution in Tehachapi, California. However, on January 29, 2018, plaintiff appended a proof of service stating he mailed the filing from Avenal State Prison in Avenal, California. (ECF No. 36 at 3.) The most recent returned mail was marked "undeliverable, paroled." In any event, plaintiff has failed to notify the Court of a current address.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause, within thirty days, why the settlement conference date should not be vacated, and this action be dismissed without prejudice for plaintiff's failure to prosecute. See Local Rule 183(b).

2. The Clerk of the Court shall serve a copy of this order on plaintiff at his address of record, as well as on plaintiff at Avenal State Prison, P.O. Box 904, Avenal, California 93204.

Dated: April 3, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/frui1204.osc