UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. FRUITS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY SHERIFF, et al.,<br><br>    Defendants. | No. 2:16-cv-1204 MCE KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 3, 2018, plaintiff was ordered to show cause, within thirty days, why this action should not be dismissed. The thirty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

////

////

1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 10, 2018

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/frui1204.fsc